STATE, EX REL. C. A. SORENSEN, ATTORNEY GENERAL, V.
DWIGHT STATE BANK, E. H. LUIKART, RECEIVER, AP-
PELLANT: PLUM CREEK TOWNSHIP, INTERVENER,
APPELLEE.*

FILED MAY 25, 1934. 28674.

Heard before GOSS, C. J., ROSE and PAINE, JJ., and
CHASE and ELDRED, District Judges.

Per Curiam.

On motion for modification of opinion, paragraphs 1 and
2 of the syllabus are withdrawn and the following para-
graph substituted:

"Public moneys left with a bank by a township treas-
urer, without said bank having been designated by the
governing body of the township as a depository, and where
such moneys are mingled with the general assets of the
bank, such assets will be impressed with a trust to the
extent of any balance in favor of the township as against
the receiver of the bank."

This is done for the sole reason that the matters deter-
mined therein are unnecessary for a decision of the case.

---

*See former opinion, *ante*, p. 388.